# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 7, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159518(26)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

BLOOMFIELD MERCHANT SERVICES,
LLC,
      Plaintiff-Appellee,

v

MEGA CARD SOLUTIONS, INC., and
NACK KYUNG CHUNG,
      Defendants-Appellants.
_____/

SC: 159518
COA: 345936
Oakland CC: 2017-157137-CB

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on June 3, 2019, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 7, 2019



Clerk